# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| HALEY HARGIS, as Personal Representative of the ESTATE OF JONATHAN MARK HARGIS, ) ) ) ) | |
| Plaintiff, ) ) | Docket No.: 2:22-cv-00011 |
| v. ) ) | JUDGE CRENSHAW/ MAGISTRATE JUDGE NEWBERN |
| OVERTON COUNTY, TENNESSEE, CITY OF LIVINGSTON, MELISSA BARNES, AMANDA POORE, DONALD SHAVER, DUSTIN PETTIT, AMBER BEATY, DAVID NELSON, SAMUEL WEBB, CHRISTENA SAKKINEN, MELODY CRAWFORD, BRITTANY SIDWELL, MICHAEL THARP, J.D. MASTERS, THOMAS JOHNSON, and JEREMY LAYCOCK, ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. ) | |

## MOTION FOR PERMISSION TO MANUALLY FILE VIDEO DVD IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT FILED ON BEHALF OF COUNTY DEFENDANTS

The County Defendants, by and through undersigned counsel, move this Court for leave to manually file a DVD copy of video excerpts identified as **Exhibit 1** and **Exhibit 2** to the Declaration of Tim Poore depicting relevant portions of the incident that is the subject of this lawsuit.

A review of this evidence is material to the events in this lawsuit, to the Court's consideration of County Defendants' motion for summary judgment to be filed with this Court, and to the veracity of County Defendants. For this reason, County Defendants respectfully request that this Honorable Court grant leave to manually file the DVD.

Respectfully submitted,

*/s/ Robyn Beale Williams*
Robyn Beale Williams, BPR #19736
Laura Adams Hight, BPR #031942
**FARRAR | BATES | BEREXA**
12 Cadillac Drive, Suite 480
Brentwood, Tennessee 37207
Phone: 615-254-3060
Fax: 615-254-9835
rwilliams@fbb.law
lhight@fbb.law
*Counsel for Defendants Overton County, Melissa Barnes, Amanda Poore, Donald Shaver, Dustin Pettit, Amber Beaty, David Nelson, Samuel Webb, Christena Sakkinen, Melody Crawford, Brittany Sidwell, and Michael Tharp*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this the 22nd day of August, 2023, a true and correct copy of the foregoing has been forwarded via the Court's electronic filing system to:

| | |
|---|---|
| Gregory Brown, BPR #027944 | Daniel H. Rader, IV, BPR # 025998 |
| G. Alan Rawls, BPR # 038300 | Daniel Hurley Rader, III, BPR # 002835 |
| Lowe Yeager Brown PLLC | Randall A. York, BPR # 010166 |
| 900 S. Gay Street, Suite 2102 | Moore, Rader, Fitzpatrick and York, P.C. |
| Knoxville, TN 37902 | 46 N. Jefferson Ave. |
| Phone: 865-521-6527 | P O Box 3347 |
| Fax: 865-637-0540 | Cookeville, TN 38501 |
| gb@lyblaw.net | (931) 526-3311 |
| gar@lyblaw.net | Fax: (931) 526-3092 |
| *Counsel for Plaintiff* | danny@moorerader.com |
| | danrader@moorerader.com |
| | randyyork@moorerader.com |
| | *Counsel for City of Livingston, J.D. Masters, Thomas Johnson and Jeremy Laycock* |

*/s/ Robyn Beale Williams*
Robyn Beale Williams