## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| HALEY HARGIS, as Personal Representative of the ESTATE OF JONATHAN MARK HARGIS, | ) ) ) ) | |
| Plaintiff, | ) ) | Docket No.: 2:22-cv-00011 |
| v. | ) ) | JUDGE CRENSHAW/ MAGISTRATE JUDGE NEWBERN |
| OVERTON COUNTY, TENNESSEE, CITY OF LIVINGSTON, MELISSA BARNES, AMANDA POORE, DONALD SHAVER, DUSTIN PETTIT, AMBER BEATY, DAVID NELSON, SAMUEL WEBB, CHRISTENA SAKKINEN, MELODY CRAWFORD, BRITTANY SIDWELL, MICHAEL THARP, J.D. MASTERS, THOMAS JOHNSON, and JEREMY LAYCOCK, | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## DECLARATION OF HALEY HARGIS

I, Haley Hargis, being duly sworn, over the age of majority, and of sound mind, do depose and state as follows:

1.     My name is Haley Hargis. I am the personal representative of the estate of my father, Jonathan Mark Hargis, who died on March 31, 2021. Unless otherwise specified, the matters set forth herein are of my own personal knowledge.

2.     On or around April 1, 2021, I learned that my father, Jonathan Mark Hargis, had been hospitalized in Nashville, Tennessee, and had been declared brain dead.

3.     On or around April 2, 2021, I traveled from my home in Hamilton, Ohio, to Nashville, Tennessee, to see my father at Southern Hills Medical Center. With me were my brother, Jerred Matthew Hargis; my sister, Lacey Rose Hargis; and my mother, Tina Pardon.

1

Doc ID: e9534e9efd9a8420a2f70464477fae9dd07c5585

4.     Once we arrived at the hospital, I learned from the staff there that my father had been taken to the Overton County Jail before his hospitalization. I called the Overton County Jail and spoke with its jail administrator, Defendant Amanda Poore, and set up a time to meet with her and Overton County Sheriff John Garrett to discuss what had happened to my father.

5.     While at Southern Hills Medical Center, no one discussed with me the cause of my father's death or how he died. However, I learned that there was a pending investigation regarding my father's death and was given contact information for a special agent named Elizabeth Williams with the Tennessee Bureau of Investigation (TBI).

6.     On or around April 2, 2021, I authorized the release of my father's body such that hospital staff could remove him from the ventilator and harvest his organs, and then my family and I returned to Ohio.

7.     On or around April 5, 2021, I traveled to the Overton County Sheriff's Office in Livingston, Tennessee, to meet with Jail Administrator Poore and Sheriff Garrett. With me were Amanda Field, my brother Jerred's girlfriend; and my mother, Tina Pardon.

8.     During the meeting, Sheriff Garrett told me that my father had been picked up by law enforcement on the side of the road for acting strangely; that my father had requested to be taken to a mental health facility, and local police had taken him to the nearby hospital for that purpose; that there was not yet any availability at a mental health facility; that my father was taken to the jail to await availability at a facility because it is the law in Tennessee that law enforcement cannot release someone back into the public if that person is mentally unstable; that while in jail, my father behaved erratically and attempted to hurt himself; and, that corrections officers tried to restrain him so that he could be given a shot to calm him down.

Doc ID: e9534e9efd9a8420a2f70464477fae9dd07c5585

9.       For her part, Jail Administrator Poore told me that my father had asked for a Mountain Dew and a peanut butter jelly sandwich at some point, and that she had gotten those items for him.

10.      Both Sheriff Garrett and Jail Administrator Poore told me that corrections officers at the Overton County Jail were trying to help my father; that, before their jail nurse could even administer a shot to help calm him, my father had become unresponsive; that the corrections officers tried to help him through CPR and calling EMS to take him to the hospital; that my father had died of a heart attack; and that, because there was a pending investigation by the TBI, I should follow up with that agency for more information.

11.      After the meeting, I spoke briefly with a corrections officer in the Overton County Jail, who gave me my father's clothes that he had been wearing while in custody, and then returned to Ohio.

12.      Later, in or around April 2021, I was in contact with TBI special agent Elizabeth Williams, who told me that the autopsy had not yet been completed and that, once it was completed, I would receive a copy of the report in the mail within eight to twelve weeks.

13.      In telling me why the autopsy report had not yet been completed, Ms. Williams indicated that the medical examiner was still reviewing video footage from the Overton County Sheriff's Office.

14.      At some point thereafter, in the summer of 2021, Ms. Williams ceased communicating with me. She stopped answering my phone calls, and the TBI generally stopped returning my phone calls.

15.      I never received a copy of the autopsy report as Ms. Williams said I would.

Doc ID: e9534e9efd9a8420a2f70464477fae9dd07c5585

16.     In or around August 2021, I retained the law firm Lowe Yeager & Brown PLLC in Knoxville, Tennessee, to represent me in investigating the circumstances surrounding my father's death.

17.     Thereafter, my attorneys obtained documents and video footage from Overton County through public records requests, attempted to contact TBI agents to ascertain the status of the investigation into my father's death, and spoken with the Office of the State Chief Medical Examiner about obtaining a copy of the autopsy report.

18.     On November 22, 2021, I was shocked to learn for the first time that the autopsy report showed that the medical examiner determined the cause of my father's death was asphyxia and the manner of his death is a homicide.

19.     I have since been provided a copy of "Exhibit C" to the Responses to Plaintiff's Requests for Production of Documents dated April 12, 2023, by Defendants Overton County, Tennessee; Melissa Barnes; Amanda Poore; Donald Shaver; Dustin Pettit; Amber Beaty; David Nelson; Samuel Webb; Christena Sakkinen; Melody Crawford; Brittany Sidwell; and Michael Tharp. A copy of that exhibit is attached hereto as **Exhibit 1.**

20.     The foregoing exhibit was produced in response to my request for "any internal Overton County, Tennessee and/or Overton County Sheriff's Department documents, such as reports, memoranda, emails, messages, notes, and any other such similar records, regarding Jonathan Mark Hargis and/or the instant litigation within the last three (3) years." *See* Ex. 1.

21.     Included in the foregoing exhibit are what appear to be a Report to Corporate Risk Management of Patient Inmate Death; Progress Notes by the Overton County Jail nurse, Darlene Grimsley, of Southern Health Partners; and certain medical records from Livingston Regional Hospital concerning my father on March 29, 2021. It is my understanding from discovery in this

Doc ID: e9534e9efd9a8420a2f70464477fae9dd07c5585

litigation that Overton County Sheriff's Office had an agreement with Southern Health Partners for the provision of nursing services at the jail.

22. The last entry of the jail nurse's Progress Notes reflects the following:

| 4/4/21 | Amanda Poore Adm instructed SN that Mr. Hargis family came by jail and stated autopsy showed he had heart attack --------------- D. Grimsley LPN |
|--------|---|

23. The foregoing statement, documented in the Progress Notes, is false. Neither I nor anyone present with me when I visited the Overton County Jail to meet with Sheriff Garrett and Jail Administrator Poore ever told anyone that my father's autopsy showed he had a heart attack.

24. It was Sheriff Garrett and Jail Administrator Poore who stated that my father had died of a heart attack during the meeting on or around April 4, 2021.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_Haley Hargis_
_____
Haley Hargis

Date: _____08 / 16 / 2023_____

Doc ID: e9534e9efd9a8420a2f70464477fae9dd07c5585


| | |
|---|---|
| **Title** | 2023 08 16 Declaration of Haley Hargis.pdf |
| **File name** | 2023%2008%2016%20...aley%20Hargis.pdf |
| **Document ID** | e9534e9efd9a8420a2f70464477fae9dd07c5585 |
| **Audit trail date format** | MM / DD / YYYY |
| **Status** | ● Signed |

This document was requested from app.clio.com

## Document History

| | | |
|---|---|---|
| **SENT** | **08 / 17 / 2023** 00:18:49 UTC | Sent for signature to Haley Hargis (haleyhargis19@gmail.com) from gar@lyblaw.net IP: 174.161.120.52 |
| **VIEWED** | **08 / 17 / 2023** 03:11:52 UTC | Viewed by Haley Hargis (haleyhargis19@gmail.com) IP: 107.77.192.41 |
| **SIGNED** | **08 / 17 / 2023** 03:12:14 UTC | Signed by Haley Hargis (haleyhargis19@gmail.com) IP: 107.77.192.41 |
| **COMPLETED** | **08 / 17 / 2023** 03:12:14 UTC | The document has been completed. |

Powered by **Dropbox** Sign

**EXHIBIT 1**

Defendants Overton County, Tennessee, Melissa Barnes, Amanda Poore, Donald Shaver, Dustin Pettit, Amber Beaty, David Nelson, Samuel Webb, Christena Sakkinen, Melody Crawford, Brittany Sidwell, and Michael Tharp, hereby respond to Plaintiffs Request for Production of Documents.

## REQUESTS FOR PRODUCTION

1.  Please produce copies of all communications between you and any other person regarding "mental health holds," *i.e.,* persons detained pursuant to Tenn. Code Ann. § 33-6-401 *et seq.* for emergency involuntary commitment to a mental health facility, and/or the housing of said persons at the Overton County Jail, within the last three (3) years. This request includes but is not limited to communications regarding mental health holds between you and the following:

    a)  any other Defendant to this litigation, excluding communications with your attorneys in regard to legal advice;

    b)  any agent, officer, or personnel of the Livingston Police Department, *e.g.*, Chief of Police Greg Etheredge, Lt. Logan Carpenter, etc.;

    c)  any agent, employee, or personnel of the Livingston Regional Hospital, *e.g.*, Dr. Mark Pressley, Dr. Karen Oldham, etc.;

    d)  District Attorney General Bryant Dunaway and/or any agent, employee, or personnel in his office;

    e)  any agent, representative, officer, or personnel of the Tennessee Department of Mental Health and Substance Abuse Services, including any affiliated entities such as Moccasin Bend Mental Health Institute;

f) any agent, representative, officer, or personnel of the Tennessee Bureau of Investigation; and,

g) any person(s) on social media, *e.g.*, Facebook, Twitter, Instagram, etc., whether by direct message, post, tweet, or comment.

By way of example, if Defendant Amanda Poore communicated with Defendant Melody Crawford regarding how to book a person for a "mental health hold" at the Overton County Jail via text message or email on January 1, 2021, or if Sheriff John Garrett communicated with District Attorney General Bryant Dunaway regarding detention of persons for emergency involuntary commitment at the Overton County Jail via email on March 1, 2021, such communications would be responsive to this request.

**RESPONSE:** **The County has already produced documentation pursuant to multiple Public Records Request and the defendants have produced documentation pursuant to Rule 26. Attached please find additional documentation attached as <u>Exhibit A</u>.**

2. Please produce copies of any internal Overton County, Tennessee and/or Overton County Sheriff's Department documents, such as reports, memoranda, emails, messages, notes, and any other such similar records, regarding "mental health holds," *i.e.,* persons detained pursuant to Tenn. Code Ann. § 33-6-401 *et seq.* for emergency involuntary commitment to a mental health facility, and/or the housing of said persons at the Overton County Jail, within the last three (3) years.

**RESPONSE:** **The County has already produced documentation pursuant to multiple Public Records Request and the defendants have produced documentation pursuant to Rule 26. The defendants are not in possession of additional documentation responsive to this request.**

3. Please produce copies of all communications between you and any other person regarding Jonathan Mark Hargis and/or the instant litigation within the last three (3) years. This request includes but is not limited to communications regarding Jonathan Mark Hargis and/or the instant litigation between you and the following:

a) any other Defendant to this litigation, excluding communications with your attorneys in regard to legal advice;

b) any agent, officer, or personnel of the Livingston Police Department, *e.g.*, Chief of Police Greg Etheredge, Lt. Logan Carpenter, etc.;

c) any agent, employee, or personnel of the Livingston Regional Hospital, *e.g.*, Dr. Mark Pressley, Dr. Karen Oldham, etc.;

d) District Attorney General Bryant Dunaway and/or any agent, employee, or personnel in his office;

e) any agent, representative, officer, or personnel of the Tennessee Department of Mental Health and Substance Abuse Services, including any affiliated entities such as Moccasin Bend Mental Health Institute;

f) any agent, representative, officer, or personnel of the Tennessee Bureau of Investigation; and,

g) any person(s) on social media, *e.g.*, Facebook, Twitter, Instagram, etc., whether by direct message, post, tweet, or comment.

By way of example, if Defendant Amanda Poore communicated with Defendant Melissa Barnes concerning Jonathan Mark Hargis and/or the *Herald Citizen* article titled "OCSD deputies, LPD officers sued for 'murder'" via Facebook Messenger on April 6,

2022, or if Defendant Melody Crawford commented on a Facebook post about or in reference to the instant litigation on or around April 6, 2022, or if Sheriff John Garrett communicated with District Attorney General Bryant Dunaway regarding Jonathan Mark Hargis and/or the instant litigation via email on April 6, 2022, such communications would be responsive to this request.

**RESPONSE:  Objection.  This request seeks information protected by the attorney-client privilege and/or the work product doctrine.  Subject to and without waiving said objection, please see otherwise responsive documentation attached as <u>Exhibits A and B</u>.**

4.      Please produce copies of any internal Overton County, Tennessee and/or Overton County Sheriff's Department documents, such as reports, memoranda, emails, messages, notes, and any other such similar records, regarding Jonathan Mark Hargis and/or the instant litigation within the last three (3) years.

**<u>RESPONSE</u>:  Please see responsive documentation attached as <u>Exhibit C</u>. See also documents previously produced pursuant to Public Records Requests and/or Rule 26 Initial Disclosures.**

Respectfully submitted,

*/s/ Robyn Beale Williams*
Robyn Beale Williams, BPR #19736
Laura Adams Hight, BPR #031942
**FARRAR & BATES, LLP**
12 Cadillac Drive, Suite 480
Brentwood, TN 37207
Phone: (615) 254-3060
Fax: (615) 254-9835
robyn.williams@farrar-bates.com
laura.hight@farrar-bates.com
*Counsel for Defendants Overton County,*
*Melissa Barnes, Amanda Poore, Donald*
*Shaver, Dustin Pettit, Amber Beaty, David*
*Nelson, Samuel Webb, Christena Sakkinen,*
*Melody Crawford, Brittany Sidwell, and*
*Michael Tharp*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this the 12th day of April, 2023, a true and correct copy of the foregoing has been forwarded via email and/or U.S. Mail, postage prepaid to:

Gregory Brown, BPR #027944
Gregory A. Rawls, BPR # 038300
Lowe Yeager Brown PLLC
900 S. Gay Street, Suite 2102
Knoxville, TN 37902
Phone: 865-521-6527
Fax: 865-637-0540
gb@lyblaw.net
gar@lyblaw.net
*Counsel for Plaintiff*

Daniel H. Rader, IV, BPR # 025998
Daniel Hurley Rader, III, BPR # 002835
Randall A. York, BPR # 010166
Moore, Rader, Fitzpatrick and York, P.C.
46 N. Jefferson Ave.
P O Box 3347
Cookeville, TN 38501
(931) 526-3311
Fax: (931) 526-3092
danny@moorerader.com
danrader@moorerader.com
randyyork@moorerader.com
*Counsel for City of Livingston, J.D.*
*Masters, Thomas Johnson and Jeremy*
*Laycock*

*/s/ Robyn Beale Williams*
Robyn Beale Williams


→  **Complete Part 1 for EMERGENCY DETENTION for immediate examination for emergency admission**

→  **Complete Part 2 for the 1st Certificate of Need for EMERGENCY INVOLUNTARY ADMISSION**

→  **Complete Part 3 for the 2nd Certificate of Need for EMERGENCY INVOLUNTARY ADMISSION**

---

### EMERGENCY DETENTION
### FOR IMMEDIATE EXAMINATION FOR EMERGENCY ADMISSION

---

**I am a** (*check one*):

☐ Law enforcement officer authorized to make arrest in Tennessee
☐ Licensed physician
☐ Licensed psychologist with health service provider designation
☑ Qualified Mental Health Professional (QMHP), as identified in Tenn. Code Ann. § 33-1-101 and found on
 page 2, section A of this form, designated by the TDMHSAS Commissioner as a mandatory
 pre-screening agent

Pursuant to Tenn. Code Ann. § 33-6-401, __Jonathan Hargis__, referred to below as "person", shall be
detained under Tenn. Code Ann. § 33-6-402 for immediate examination under Tenn. Code Ann. § 33-6-404 to
determine whether the person is subject to admission to a hospital or treatment resource under Tenn. Code Ann.
§ 33-6-403 for emergency diagnosis, evaluation, and treatment under Title 33, Chapter 6, Part 4, Tenn. Code Ann.

I have reason to believe that the person identified above has a mental illness or serious emotional disturbance, AND
the person poses an immediate substantial likelihood of serious harm under Tenn. Code Ann. § 33-6-501 because of
the mental illness or serious emotional disturbance, as evidenced by the following behavior by the person which I
have observed or have reason to believe is true: *(Specifically, include behavior which shows threats or attempts at
homicide, suicide, other bodily harm, or behavior placing others in reasonable fear of violent behavior, or which shows
that the person is unable to avoid severe impairment or injury from specific risks.)*

> Confusion, hallucinations and delusions.

Date: __3-29-21__                  Signature: __Ullen__
Time: __0724__                     Printed Name: __K OLDHAM MD__

---

**Disposition** (i.e. released, transferred, transported to CSU, admitted, etc.):

> medically cleared

Date: __3-29-21__                  Signature: __Ellen__
Time: __0740__                     Printed Name: __OLDHAM__

MRSA:
VRE:                    **LIVINGSTON REGIONAL HOSPITAL**        Advance Directive:  N
                       315 Oak Street, Livingston, TN  38570  · (931) 823-5611

| PATIENT ACCOUNT NO. | | | MEDICAL RECORD NO. |
|---|---|---|---|
| 4210891 | | **REGISTRATION ADMISSION** | 000139184 |

| PATIENT (Name, Address, Phone) | | BIRTH DATE | | AGE | | SEX | | RACE | | PRIMARY LANGUAGE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | /1968 | | 52 | | M | | W | | E |

HARGIS JONATHAN M
UNKNOWN ADDRESS

| | | MAR. STATUS | REL | FC | ADMITTED BY | | HIPAA | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| LIVINGSTON     TN | | U | U | 99 | HME | | Y | Y | Y | Y |
| 38570 | | | | | | | | | | |

| ADMISSION DATE & TIME | | DISCHARGE DATE & TIME | SERVICE | ROOM / BED NO. |
|---|---|---|---|---|
| 03/29/21  07:20 | | | ERS | / |

COUNTY: OVERTON
PHONE:

| OCCURRENCES (Code, Desc. Date) | SOCIAL SECURITY NUMBER | CONDITION (Code Type) |
|---|---|---|
| 11  03/29/21 | | |

| PATIENT EMPLOYER (Name, Address, Phone, Occ) | EMERGENCY CONTACT 1 (Name, Address, Phone, Rel) | EMERGENCY CONTACT 2 (Name, Address, Phone, Rel) |
|---|---|---|
| | | |
| PHONE:          | PHONE:          | PHONE: |
| OCC:            | REL:            | REL: |

| GUARANTOR (Name, Address, Phone, Rel) | GUARANTOR EMPLOYER (Name, Address, Phone) | ATTENDING PHYSICIAN (Name, Number) |
|---|---|---|
| | | OLDHAM KAREN L          8610 |
| HARGIS JONATHAN M | | ADMITTING PHYSICIAN (Name, Number) |
| UNKHOWN ADDRESS | | OLDHAM KAREN L          8610 |
| LIVINGSTON     TN | | |
| 38570 | | REFERRING PHYSICIAN (Name, Number) |
| PHONE:          | PHONE: | OLDHAM KAREN L          8610 |
| REL: SELF | | PRIMARY CARE PHYSICIAN (Name, Number) |
| | | UNDEFINED PROVIDER      9999 |

| PRIMARY INSURANCE | SECONDARY INSURANCE | TERTIARY INSURANCE |
|---|---|---|
| PF DISCOUNT | | |
| NA | | |
| NA          TN | | |
| 38570 | | |
| POLICY#  00000 | POLICY# | POLICY# |
| GROUP #: | GROUP #: | GROUP #: |
| GRP NAME: | GRP NAME: | GRP NAME: |
| AUTH#: /NR | AUTH#: | AUTH#: |
| HARGIS JONATHAN M | | |
| SEX: M     RELATION: 18 | SEX:     RELATION: | SEX:     RELATION: |

| CHIEF COMPLAINT / ADMITTING DIAGNOSIS | | | | | | ICD-9 CODE |
|---|---|---|---|---|---|---|
| AMS | | | | | | |

| COMMENTS | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

LR1030/090910

03/29/21     07:22

## Nurse's Notes

## Livingston Regional Hospital

**Name: Jonathan Hargis**
**Age:** 52 yrs **Sex:** Male **DOB:** ███/1968
**Arrival Date:** 03/29/2021 **Time:** 07:15
**Bed** 5
**Diagnosis:** acute psychosis

**MRN:** 139184
**Account#:** 4210891
**Private MD:** Undefined, Provider

### Presentation:

03/29 Presenting complaint: Patient states: Altered mental status, police was called around 06:50 this morning to    ddb
07:15 have him checked out. Airway is patent with good air movement. The patient is breathing without difficulty.
    The patient is pink,warm and dry. Pain: Complains of pain in All over.

07:15 Method Of Arrival: Law Enforcement.                                    ddb

07:15 Acuity: Urgent (3).                                                       ddb

**Historical:**
- **Allergies:** Unable to obtain;
- **PMHx:** None
- **PSHx:** Appendectomy

- **Infectious Disease Screening::** Is the patient experiencing any of the following symptoms? Was the patient having two or more of the above symptoms? No, Have you or someone in your household tested positive for COVID-19 in the last 14 days or are awaiting lab results for COVID-19? No, Patient is wearing a mask. Have you traveled outside of the US in the last 21 days or had contact with someone that has traveled outside the US and is sick or has been sick in the past 21 days? No, patient is wearing a mask..
- **Social history::** Tobacco Status: Current use; smokes one pack cigarettes per day. Patient uses alcohol on a daily basis. street drugs, marijuana, The patient's primary language is English. The patient's preferred language is English..
- **Sepsis Screening::** Sepsis screening negative at this time..
- **Columbia suicide severity rating::** Have you wished you were dead or wish you could go to sleep and not wake up? Past month NO. In the past month have you actually had thoughts of killing yourself? NO. Have you ever done anything, started to do anything, or prepared to do anything to end your life? NO. Assessed Risk Score: No suicide risk identified for this patient. .
- **Immunization history::** Last tetanus immunization: unknown.
- **Family history::** unable to obtain,.
- **Tuberculosis screening::** Never had TB..
- **History obtained from:** police.
- **Unable to obtain history due to:** patient being uncooperative,.

### Screening:

07:21 **Fall Risk:**                                                         ddb
History of Falls: No (0 points): The patient does not have a history of falls. Secondary Diagnosis: No (0 points): The patient has no chronic conditions. Ambulatory Aids: None (0 Points): The patient uses no ambulatory aids. IV or IV Access: Yes (20 points): The patient has IV access or infusion therapy. Gait: Normal/Bed rest/wheel chair (O points): The patient walks with head erect with arms free and striding without hesitation, or is not permitted to ambulate per Physician/Provider order. Mental Status: Forgets Limits/Overestimates (15 pt): The patient overestimates their ability and cannot remember limitations. Sedated, taking mind altering medications, diuretics or laxatives that increase the risk of falls No (0 points) Total Points: Med. Risk (25-44): Side rails are up x 2.

There are no cultural/spiritual considerations for care for this patient.

Print Time: 3/30/2021 09:53:03         **\*\*\* CHART COMPLETE \*\*\***         Page 1 of 2

ED Nursing Record - Page 1/2                Job 28014 (03/30/2021 13:02) - Page 2 Doc# 2
Case 2:22-cv-00011     Document 62-8     Filed 08/23/23     Page 14 of 21 PageID #: 707

## *Nurse's Notes Con't*

**Assessment:**

07:20 Pain does not radiate. Quality of pain is described as aching. Pain began The level of pain that is acceptable  ddb
is 0 out of 10 on a pain scale.

07:52 **Abuse Screen:** Patient denies physical, verbal and emotional abuse, neglect or violence.          ddb

**Vital Signs:**

| Time | B/P | Pulse | Resp | Temp | Pulse Ox | Weight | Height | Pain | Staff |
|------|-----|-------|------|------|----------|--------|--------|------|-------|
| 07:15 | 131 / 94 | 112 | 18 | 97.3 | 100% on R/A | 90.72 kg (R) | 5 ft. 8 in. (172.72 cm) | 10/10 | ddb |

07:15 Body Mass Index 30.41 (90.72 kg, 172.72 cm)          ddb

**Glasgow Coma Score:**

| Time | Eye Response | Verbal Response | Motor Response | Modifying Factors | Total | Staff |
|------|--------------|-----------------|----------------|-------------------|-------|-------|
| 07:22 | spontaneous(4) | confused(4) | obeys commands(6) | | 14 | klo |

**ED Course:**

07:15 Patient arrived in ED.          ddb

07:19 Triage completed.          ddb

07:21 Oldham, Karen, MD is Attending Physician.          klo

07:21 Patient has correct armband on for positive identification. Bed in low position.          ddb

07:21 No physician assisted procedures were completed.          ddb

07:24 Bane, Debbie, RN is Primary Nurse.          ddb

07:31 RVP (Flu A, Flu B and COVID) Sent.          ddb

07:31 Ua W/ Microscopic Auto Sent.          ddb

07:32 Urine collected. Clean catch specimen. Nasal specimen obtained and sent to lab, COVID-19.          ddb

07:38 Undefined, Provider is Private Physician.          eml

11:26 Mobile Crisis notified at 11:26.          bw

**Administered Medications:**
No medications were administered

**Outcome:**

07:49 Discharge ordered by MD.          klo

07:50 Discharged to policy custody OCSD here to take patient to jail for waiting until placement can be arranged.  ddb
Instructions given to patient, Instructed on discharge instructions. need for transfer. . Patient and/or family
voiced understanding of instructions using teach back method.
**Discharge Assessment:** Patient verbalized understanding of disposition instructions. Patient has no
functional deficits.

07:52 Patient left the ED.          ddb

**Signatures:**

| | | | | | |
|---|---|---|---|---|---|
| Bane, Debbie, RN | RN | ddb | Wilhite, Brooke, RN | RN | bw |
| LaFever, Eva, Reg | Reg | eml | Oldham, Karen, MD | MD | klo |

**Name: Jonathan Hargis**                    **MRN:** 139184
**Account#:** 4210891
Print Time: 3/30/2021 09:53:03                    Page 2 of 2

ED Nursing Record - Page 2/2          Job 28014 (03/30/2021 13:02) - Page 3 Doc# 2
Case 2:22-cv-00011    Document 62-8    Filed 08/23/23    Page 15 of 21 PageID #: 708

## Physician Documentation Con't.

redness, or edema.
**Neck:** Trachea midline. Supple, full range of motion without nuchal rigidity. .
**Chest/axilla:** Normal chest wall appearance and motion. Nontender with no deformity.
**Back:** Full range of motion without tenderness or spasm.
**Skin:** Warm, dry. Normal color with no rashes.
**MS/ Extremity:** Pulses equal, no cyanosis. Neurovascular intact. Full, normal range of motion. No edema or calf tenderness.
**Constitutional:** The patient appears alert, awake, agitated, restless.
**Cardiovascular:** Rate: tachycardic.
**Respiratory:** the patient does not display signs of respiratory distress.
**Neuro:** Orientation: to person, place.
**Psych:** Behavior/mood is aggressive, delirious, Affect is animated, Patient has no thoughts/intents to harm self or others. Judgement / insight is impaired. Delusions/hallucinations are present and described as talking to persons he describes but who are not present.

**Vital Signs:**

| Time | B/P | Pulse | Resp | Temp | Pulse Ox | Weight | Height | Pain | Staff |
|------|-----|-------|------|------|----------|--------|--------|------|-------|
| 07:15 | 131 / 94 | 112 | 18 | 97.3 | 100% on R/A | 90.72 kg (R) | 5 ft. 8 in. (172.72 cm) | 10/10 | ddb |

07:15 Body Mass Index 30.41 (90.72 kg, 172.72 cm)    ddb

**Glasgow Coma Score:**

| Time | Eye Response | Verbal Response | Motor Response | Modifying Factors | Total | Staff |
|------|--------------|-----------------|----------------|-------------------|-------|-------|
| 07:22 | spontaneous(4) | confused(4) | obeys commands(6) | | 14 | klo |

**MDM:**

07:21 MSE Initiated by Provider.    klo

07:22 PPE worn when examining patient; mask, protective glasses.    klo

07:46    klo
**ED course:** patient became overly aggressive with staff, taking swings and verbal assaults; but he was cooperative with blood draw and then police took him to jail until further disposition could be determined.

09:19    klo
**Data reviewed:** vital signs, nurses notes, home medications listed in patient's chart, lab test result(s).

13:34    klo
**ED course:** at the jail, patient continues to speak to souls unseen and took off his clothes and tied them in knots to hang himself; he still thinks everyone is trying to hurt him in some way; I spoke to Jesse from Crisis and will write 6-404.

| Time | Order name | Complete Time | Staff |
|------|-----------|---------------|-------|
| 03/29 07:21 | Cbc W/ Auto Differential | 09:19 | klo |
| 03/29 09:19 | WBC 11.9; HEMOGLOBIN 14.9; HEMATOCRIT 46.0; PLATELET COUNT 251. | | klo |
| 03/29 07:21 | Comp Metabolic Panel | 09:19 | klo |
| 03/29 09:19 | SODIUM 145; POTASSIUM 3.8; CHLORIDE 105; CARBON DIOXIDE 24.1; GLUCOSE 112.0; BLOOD UREA NITROGEN 9; CREATININE 1.2; BILIRUBIN TOTAL 0.69; SGOT/AST 46; SGPT/ALT | | klo |

**Name: Jonathan Hargis**

**MRN:** 139184
**Account#:** 4210691

Print Time: 3/30/2021 09:53:05    Page 2 of 3

## *Physician Documentation Con't.*

| | | | |
|---|---|---|---|
| | 49. | | |
| 03/29 07:21 | Drug Screen Abuse Urine | 09:20 | klo |
| 03/29 09:20 | THC POSITIVE. | | klo |
| 03/29 07:21 | ETOH Level | 09:19 | klo |
| 03/29 09:19 | ETHANOL, QUANTITATIVE <3. | | klo |
| 03/29 07:21 | RVP (Flu A, Flu B and COVID) | 09:20 | klo |
| 03/29 09:20 | SARS-COV-2 (REAL TIME PCR) NEGATIVE; FLU A AMP PROBE NEGATIVE; FLU B AMP PROBE PCR NEGATIVE. | | klo |
| 03/29 07:21 | Salicylate Quant | 09:20 | klo |
| 03/29 09:20 | SAL 7.7. | | klo |
| 03/29 07:21 | Ua W/ Microscopic Auto | 07:50 | klo |
| 03/29 07:50 | SPECIFIC GRAVITY 1.034; WBC NONE SEEN; CULTURE? NOT INDICATED; LEUKOCYTE ESTERASE NEGATIVE. | | klo |
| 03/29 07:21 | Obtain RVP test and send to lab | 07:31 | klo |
| 03/29 07:21 | Obtain Urine specimen and send to lab. | 07:31 | klo |

**Dispensed Medications:**
No medications were administered

**Disposition:**
07:46 Electronically authenticated by Oldham, Karen, MD at 07:48 on 03/29/2021. Critical Care: not applicable.    klo

**Disposition Summary:**
03/29/21 07:49
Discharge Ordered
   • Location: Jail/Police   klo
   • Problem: new   klo
   • Symptoms: are unchanged   klo
   • Condition: Stable   klo
   • Diagnosis:
     • acute psychosis   klo
   • Follow-up:   klo
     • With: Private Physician
     • When: As needed
     • Reason: Recheck today's complaints, Continuance of care
   • Forms:
     • Medication Reconciliation   klo

**Signatures:**

| | | | | |
|---|---|---|---|---|
| Dispatcher MedHost | | EDMS | Bane, Debbie, RN | RN | ddb |
| Oldham, Karen, MD | MD | klo | | |

**Name: Jonathan Hargis**

Print Time: 3/30/2021 09:53:05

**MRN:** 139184
**Account#:** 4210891
Page 3 of 3



**Southern Health Partners**
Your Partner In Affordable Inmate Healthcare

## REPORT TO CORPORATE RISK MANAGEMENT OF PATIENT INMATE DEATH

Site/Facility: CCSD                              City/State: Livingsten TN

Patient/Inmate's Name: Jonathon Hargis          Incident Date: 3/30/21

Age: 53   DOB: [redacted]   Sex: M   Race: W

Was Inmate a Chronic Care patient: __ Yes _X_No  Patient/Inmate's Intake Date to Facility: 3/29/21   6401 for Hold for MH Facility & charges

Last time/date Patient/Inmate was seen by medical staff: 3/30/21   For? injection   & charges

Initial Findings (Note date, time and document patient/inmate's location and position upon finding, condition of body):

On back w/ arms above head in cuffs dim

Patient/Inmate found by: (Name & Title of Staff): Dustin Petit, David Nelson, Melissa Barnes, Amanda Poore, Sammons ?, All correctional staff + Kl police officer were Donald Shaver   around Inmate w/ he had been fighting them for 18 minutes prior to

Document Incident after finding: (Was CPR started? EMS called? Note date and times)
Sternum rub & reaction CPREMS started @ 18pm +EMS present @ 12:2pm
+ transported to LRH - LRH transported to Tristar Medical
was notified on 4/11/21 that after Mr. Hargis passed away
around 3pm on 3/31/21

Jail Staff Notified by Medical (Captain/Jail Administrator - list names):
Amanda Poore - Adm.  John Garrett Sheriff
Donald Shaver

List Medical Staff Involved and/or notified: Darlene Grimsley LPN   Rhonda Craig w Davy

List other known witnesses (e.g. cellmates, other officers on duty, EMS personnel, if known): Dustin Petit
David Nelson, Molissa Barnes, Amanda Poore, Donald Shaver

**HAVE YOU:**    ☑ Contacted Regional Representative   ☐ Contacted Corporate Office (Jennifer Hairsine x 911)
☐ Contacted Corporate Office (Shira Crittendon x 940)   ☑ Sent complete copy of medical record to Corporate Office
(Attn: Risk Management)

SHP Form updated 9/08; 12/10; 1/17;517

Confidential Legal Work Product of Southern Health Partners, Inc. DO NOT place this form in the medical chart, send the original to the SHP corporate office, DO NOT keep a copy at the site.

**PROGRESS NOTES**

| List Date/Time | Inmate's Name: (Last, First) Hargis, Jonathan | ▓▓▓▓ | Allergies: NKA |
|---|---|---|---|

3/09/21 0900 - IM brought to jail very combative from LRH awaiting bed @ MH facility. He injured x2 co's that were attempting to put him in cell. SN contacted Crisis to make sure they had seen him @ LRH —

3/29/21 Crisis contacted SN and stated they wanted to try Telehealth co's brought him to medical but he refused to sit down and started to become aggressive + unable to answer any questions. CO's escorted back to cell —

3/30/21 1250pm - CO contacted SN + stated Mr. Hargis had clawed under his eyes and was bleeding and needed SN to assess. When SN arrived to booking area Mr. Hargis was very combative and would not follow simple directions to sit in chair. IM was on floor on stomach due to fighting co's and he continued to fight —

3/30/21 1310 - Haldol 5mg w/ Benadryl 25mg given IM to (L) Gm using #21G 3cc syringe due to combative and threat to further harming himself. Mr. Hargis had blood all over face from clawing under his eyes and was rubbing face onto floor. SN returned back to medical to dispose of sharps —

3/30/21 1110pm - Returned to booking + Mr. Hargis was lying on his back w/ hands over his head w/ cuffs around wrist w/ co's around him. No movement noted. SN went to IM head and checked carotid pulse and unable to palpate. Light blue discoloration noted to lips. No resp noted. SN started CPR + CO contacted EMS —

3/30/21 22pm - SN applied AED and EMS arrived and transferred Mr. Hargis to LRH —

3/31/21 0800 - Spoke w/ LRH and they stated transferred Mr. Hargis to Tristar medical in Nashville —

4/4/21 Amanda Poore adm instructed SN that Mr. Hargis family came by jail and stated autopsy showed he had heart attack —

| List Date/Time | Inmate's Name: (Last, First) | D.O.B.: | Allergies: |
|---|---|---|---|

Southern Health Partners, Inc.   CONFIDENTIAL MEDICAL INFORMATION

**Southern Health Partners**
Your Partner In Affordable Inmate Healthcare

Inmate Name: Jonathan Hargis

DOB or ID#: ███████

Allergies: NKA

Start at top and write
Subsequent orders below

**1**  Date of Physician's Order:
3/30/21

Haldol 5mg w/ Benadryl 25mg IM x 1 dose

VO Dr. Baker NP/les gym

3/22/21

**2**  Date of Physician's Order:

**3**  Date of Physician's Order:

**4**  Date of Physician's Order:

**5**  Date of Physician's Order:

**6**  Date of Physician's Order:

**Physician**                       *Livingston Regional Hospital*
**Documentation**

**Name: Jonathan Hargis**
**Age:** 52 yrs **Sex:** Male **DOB:** ▮▮▮▮ 1968          **MRN:** 139184
**Arrival Date:** 03/29/2021 **Time:** 07:15          **Account#:** 4210891
**Bed** 5                                **Private MD:** Undefined, Provider
**ED Physician** Oldham, Karen
**HPI:**

03/29
07:22   This 52 yrs old White Male presents to ED via Law Enforcement with complaints of **altered mental status**.    klo

07:22 The patient presents with agitation, confusion. Onset: The symptoms/episode began/occurred at an    klo
unknown time. Associated signs and symptoms: Pertinent negatives: abdominal pain, chest pain, dizziness,
headache. Patient's baseline: unknown. Unable to obtain HPI due to patient is being uncooperative. Patient
brought by law enforcement when found walking around confused, talking to people not seen, agitated and
aggressive at times.

**Historical:**
- **Allergies:** Unable to obtain;
- **PMHx:** None
- **PSHx:** Appendectomy

- **Infectious Disease Screening::** Is the patient experiencing any of the following symptoms? Was the patient having two or more of the above symptoms? No, Have you or someone in your household tested positive for COVID-19 in the last 14 days or are awaiting lab results for COVID-19? No, Patient is wearing a mask. Have you traveled outside of the US in the last 21 days or had contact with someone that has traveled outside the US and is sick or has been sick in the past 21 days? No, patient is wearing a mask..
- **Social history::** Tobacco Status: Current use; smokes one pack cigarettes per day. Patient uses alcohol on a daily basis. street drugs, marijuana, The patient's primary language is English. The patient's preferred language is English..
- **Sepsis Screening::** Sepsis screening negative at this time..
- **Columbia suicide severity rating::** Have you wished you were dead or wish you could go to sleep and not wake up? Past month NO. In the past month have you actually had thoughts of killing yourself? NO. Have you ever done anything, started to do anything, or prepared to do anything to end your life? NO. Assessed Risk Score: No suicide risk identified for this patient. .
- **Immunization history::** Last tetanus immunization: unknown.
- **Family history::** unable to obtain,.
- **Tuberculosis screening::** Never had TB..
- **History obtained from:** police.
- **Unable to obtain history due to:** patient being uncooperative,.
- **The history from nurses notes was reviewed:** and I agree with what is documented up to this point..

**ROS:**

07:22 All other systems are negative, except as documented below. All other systems are negative, except as    klo
documented below. Unable to obtain ROS due to patient being uncooperative.

**Exam:**

07:22                                                         klo

     **Head/Face:** Normocephalic, atraumatic.
     **Eyes:** Pupils equal round and reactive to light. Lids and lashes normal. Periorbital areas with no swelling,

Print Time: 3/30/2021 09:53:05        **\*\*\* CHART COMPLETE \*\*\***        Page 1 of 3

ED Physician Record - Page 1/3              Job 28014 (03/30/2021 13:02) - Page 4 Doc# 3
Case 2:22-cv-00011    Document 62-8    Filed 08/23/23    Page 21 of 21 PageID #: 714